■ THE PEOPLE OF THE STATE OF NEW YORK v LARRY THEODIS.—Upon reargument, the order of this court (151 AD2d 1055) entered on June 27, 1989 is vacated and a new order substituted therefor. Concur—Sullivan, J. P., Carro, Milonas and Smith, JJ.